**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| | * | |
| **VERSUS** | * | **CASE NO. 20-120** |
| | * | |
| **STERLING ROBINSON** | * | **SECTION "L"** |

## ORDER AND REASONS

Before the Court is a Motion for Sentence Reduction filed by *pro se* Defendant Sterling Robinson. R. Doc. 127. At the Court's direction, the Government filed a response to Robinson's motion. R. Doc. 130.

Robinson is currently serving a 240-month term of imprisonment for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and attempting to obstruct justice in violation of 18 U.S.C. § 1512(c)(2). R. Doc. 89. Robinson asks the Court to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and 18 U.S.C. § 3582(c)(2). § 3582(c)(1)(A)(i) permits a court to reduce a sentence where "extraordinary and compelling reasons warrant such a reduction." However, this statute requires the defendant to have "fully exhausted all administrative rights" prior to bringing his motion before the court. *Id.* § 3582(c)(2) likewise permits a court to reduce a sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o) . . . after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

Robinson's motion merely reproduces § 3582(c)(1)(A)(i) and § 3582(c)(2). He presents no argument or evidence. Without such, the Court cannot conclude that Robinson has exhausted his

1

administrative remedies, as required by § 3582(c)(1)(A)(i), or that he was sentenced based on a sentencing range which was subsequently lowered, a condition of § 3582(c)(2). Accordingly;

**IT IS ORDERED** that Defendant's Motion for Sentence Reduction, R. Doc. 127, is **DENIED**.

The Court further reminds Robinson that he has a pending Motion for Reduction of Sentence Pursuant to United States Sentencing Guidelines Amendment 821, R. Doc. 126, before the 821 Committee, which will be decided separately.

New Orleans, Louisiana, this 7th day of July, 2026.

THE HONORABLE ELDON E. FALLON